IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Criminal No. 99-51 |
| ) | |
| Robert A. Stowman, Jr, ) | |
| ) | |
| Defendant ) | |

**STIPULATION**

AND NOW comes the United States of America and Rudolph Godzak, and with the intent to be legally bound hereby, stipulate and agree as follows:

1    The United States hereby releases its forfeiture interests in the real property located at 621 Broad Street, Belle Vernon, Pennsylvania 15012 (the Broad Street property) and $9,828.00 of the $19,656.00 in United States Currency, formerly located at 116 Mechanics Street, Webster, Pennsylvania 15087. The United States will return $9,828.00 of the $19,656.00 to Rudolph Godzak by check payable to Rudolph Godzak. The United States will release its lis pendens against the Broad Street property. The preliminary order of forfeiture against the Broad Street property is vacated.

2.    Rudolph Godzak consents to the final forfeiture, free and clear of all right, title and interest of any person or entity, in the following assets: (1) $9,828.00 of the $19,656.00 in United States Currency, formerly located at 116 Mechanics Street, Webster, Pennsylvania 15087; and (2) computer equipment seized in connection with the investigation at seizure numbers 99-DEA-362532

and 99-DEA-362536.  The parties hereto know of no others persons who have an interest in these assets.

3. The United States and Rudolph Godzak enter into this Stipulation in complete settlement and full satisfaction of all issues related to the arrest, seizure and/or forfeiture of the assets listed in paragraph 2 above, and all other assets seized in connection with the investigation and/or the Indictment at Criminal No. 99-51, and/or in complete settlement and full satisfaction of all issues related to all rights of Rudolph Godzak to contest the arrest, seizure and/or forfeiture of all such assets.

4. This Stipulation is subject to, and conditioned upon, approval by the United States District Court.

With the intent to be legally bound hereby, the undersigned execute this Stipulation this 7th day of June, 2006:

THE UNITED STATES OF AMERICA

Mary Beth Buchanan
United States Attorney                                    s/ Stanley W. Greenfield,, Esquire
                                                          Attorney for Rudolph Godzak

s/ Mary McKeen Houghton
Assistant U.S. Attorney
Suite 4000,  U.S. Courthouse
Pittsburgh, PA  15219
(412) 894-7370
PA I.D. # 31929

CERTIFICATE OF SERVICE

_____I hereby certify that a true and correct copy of the within Stipulation was served by telecopy this 15th day of June, 2006 upon the following:

Paul Boaz, Esquire
Law and Finance Building
429 4th Avenue, Fifth Avenue
Pittsburgh, PA 15219-1584

s/ Mary McKeen Houghton
Assistant U.S. Attorney
Suite 4000, U.S Courthouse
Pittsburgh, PA  15219
(412) 894-7370
PA ID No. 31929