IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Criminal No. 99-51 |
| ) | |
| Robert A. Stowman, Jr, ) | |
| ) | |
| ) | |
| Defendant | |

### ORDER OF COURT

AND NOW, this __19th__ day of __June__, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that the following assets are forfeited to the United States free and clear of all right, title and interest of any person or entity: (1) $9,828.00 of the $19,656.00 in United States Currency formerly located at 116 Mechanics Street, Webster, Pennsylvania 15087; and (2) computer equipment seized in connection with the investigation at seizure numbers 99-DEA-362532 and 99-DEA-362536. The United States Marshal Service shall deliver to the United States Attorney a check payable to Rudolph Godzak in the amount of $9,828.00, which monies shall in turn be delivered by the United States Attorney to the attorney for Rudolph Godzak.

_____
United States District Judge